# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| CARAUSTAR INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| v. | ) | |
| | ) | File No. 1:10-cv-0006-JOF |
| FACTORY MUTUAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## MUTUAL DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE

**COME NOW** Plaintiff Caraustar Industries, Inc. ("Caraustar") and

Defendant Factory Mutual Insurance Company ("Factory Mutual"), by and

through their respective counsel, and hereby dismiss all claims and counterclaims

filed in this case with prejudice.  Each party will bear its own costs.

WCSR 4710538v1

Respectfully submitted, this 14th day of July, 2011.

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

 /s/    Joel G. Pieper
Joel G. Pieper
271 17th Street, N.W.                    State Bar No. 578385
Suite 2400
Atlanta, GA  30363-1017          **Attorney for Caraustar Industries, Inc.**
(404) 888-7435 direct phone
(404) 870-4831 direct fax
jpieper@wcsr.com

ROBINS KAPLAN MILLER & CIRESI LLP

 /s/  William H. Stanhope
1201 West Peachtree Street        William H. Stanhope
Suite 2200                                    State Bar No. 675025
Atlanta, GA 30309                     [By Joel G. Pieper with express permission]
(404) 760-4300 phone
(404) 233-1267 fax                      **Attorney for Factory Mutual Insurance**
whstanhope@rkmc.com               **Company**

- 2 -

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 14, 2011, a true and correct copy of the within and foregoing **MUTUAL DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> William H. Stanhope, Esq.
> K. Madison Burnett, Esq.
> Meredith L. Whigham, Esq.
> ATTORNEYS FOR DEFENDANT
> Robins Kaplan Miller & Ciresi LLP
> 1201 W. Peachtree Street
> Suite 2200
> Atlanta, GA 30309

This 14th day of July, 2011.

/s/ Joel G. Pieper

Joel G. Pieper
State Bar No. 578385

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
271 17th Street, N.W.
Suite 2400
Atlanta, GA  30363-1017
(404) 888-7435 direct phone
(404) 870-4831 direct fax
jpieper@wcsr.com

WCSR 4710538v1